UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NAKEEMA S. STRINGFELLOW | CIVIL ACTION NO. 18-1212 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DEPARTMENT OF CHILDREN AND FAMILY SERVICES, ET AL. | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant State of Louisiana, through the Department of Children and Family Services' motion to dismiss [Doc. No. 13] is **GRANTED IN PART and DENIED IN PART.** To the extent that Defendant moves for dismissal of Plaintiff's claims, the motion is **GRANTED.** Plaintiff's Complaint, as amended, is hereby **DISMISSED WITHOUT PREJUDICE**, in its entirety, as to all parties. The remainder of the motion, including the alternative motion for more definite statement, otherwise is **DENIED AS MOOT.**

MONROE, LOUISIANA, this 30th day of January, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE